# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JAMES DARRYL SLAYTON,

    Plaintiff,

v.                              CASE NO. 4:18cv84-RH/CAS

OFFICER A. CASH
and NURSE SKELTON,

    Defendants.

_____/

## ORDER DENYING THE MOTION FOR
## AN "INJUNCTION OF PROTECTION"

This case is before the court on the magistrate judge's report and recommendation, ECF No. 20, and the objections, ECF No. 21. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. The plaintiff's motion for an "injunction of protection," ECF No. 18, is denied. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on June 18, 2018.

                                      s/Robert L. Hinkle
                                      United States District Judge